# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| **PLAINTIFFS,** | ) | **MDL No.: 2873** |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| **3M COMPANY f/k/a Minnesota Mining and Manufacturing Company; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARKEMA INC.; ARCHROMA U.S. INC.; BASF CORPORATION; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS, INC; CHEMGUARD, INC.; CLARIANT CORPORATION; CORTEVA, INC.; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC.; DYNAX CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; NATIONAL FOAM, INC.; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS L.P.; UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket No.: 2:18-mn-2873** <br><br> **JUDGE RICHARD GERGEL** <br><br> **DIRECT FILED SHORT FORM COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 35** |
| **Defendants.** | ) ) ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction base on:

    a. \_\_ Diversity

    b. \_\_\_ Federal Question

    c. \_X\_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    d. \_\_\_ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

    b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

    a. Kidney Cancer

    b. Testicular Cancer

    c. Thyroid Disease

    d. Ulcerative Colitis

    e. Liver Cancer

    f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design

    Count II – Failure to Warn

    Count III – Negligence

    Count IV – Negligence Per Se

    Count V – Trespass and Battery

    Count VI – Strict Product Liability

    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

    Count VIII – Concealment, Misrepresentation, and Fraud

    Count IX – Conspiracy

    Count X – Wrongful Death

        Count XI – Loss of Consortium

        <u>Other Causes of Action:</u>

        Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

**<u>Jury Demand</u>**

10.    Plaintiffs demand a trial by jury as to all claims in this action.

 

Dated: September 2, 2025                            Respectfully submitted,

                                                                          Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com


*Counsel for Plaintiffs*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer, testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Kevin Roger Smith | 10/18/1955 | Wisconsin | Eastern District of Wisconsin | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Kiley Jacob Keene | 8/26/1980 | Ohio | Southern District of Ohio | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3 | Kimberly Doxey | 4/15/1973 | Michigan | Eastern District of Michigan | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Kirk Elliano | 8/6/1973 | Illinois | Northern District of Illinois | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Samuel Wayne Bennett-Elliano | | | | | | | | XI |
| 6 | Kirsten Blake | 1/16/1964 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Kristen Nicole Begrin | 11/17/1975 | California | Eastern District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Kyle Sidney Flournoy | 4/21/1984 | California | Central District of California | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Larry Henson | 9/3/1973 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10 | Larry J Dufour | 11/21/1952 | Louisiana | Western District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Laura Carolyn Edwards | 5/19/1964 | Washington | Western District of Washington | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Laura Charlotte Schwartz | 5/14/1977 | New York | Eastern District of New York | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Lauren Giles | 5/20/1987 | Washington | Western District of Washington | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Lauren Nicole Pierre-Louis | 4/3/1984 | Georgia | Northern District of Georgia | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Laverne Tsosie | 5/26/1974 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Lawrence O'Mara | 9/25/1950 | Oregon | District of Oregon | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | Lee Matthew Wolfe | 5/6/1987 | Virginia | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Leo J. Cox | 1/25/1963 | Texas | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Leslie Erin Oblas | 2/2/1972 | Texas | Eastern District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | Leslie Joanne Forbes-Mariami | 6/15/1962 | Arkansas | Eastern District of Arkansas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Lionel Soriano Correa | 4/30/1975 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Lorenzo McMillian | 10/29/1964 | New York | Western District of New York | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Loretta M. Jordan | 1/11/1962 | Mississippi | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Manuel A Diaz | 7/8/1965 | Tennessee | Eastern District of Tennessee | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25 | Rebecca Diaz | | | | | | | | XI |
| 26 | Maria Achoe | 12/31/1979 | Georgia | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27 | Maria D. Holden | 12/24/1960 | Arizona | District of Arizona | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Mark A. Green | 3/12/1973 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29 | Mark Alan Hayes | 5/12/1972 | Ohio | Northern District of Ohio | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Mark Hauser | 5/30/1979 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31 | Martin Richard Rodriquez | 10/8/1974 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32 | Martina Francisco Mason | 9/25/1973 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Marvin Lloyd Biediger | 1/28/1956 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Mary Christina Luce | 7/26/1961 | Texas | Western District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Mary Lou Jordan | 1/10/1947 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Mary Louise Rowe | 12/10/1983 | Alabama | Middle District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37 | Matilda Ann O'Kelley | 1/11/1946 | Louisiana | Western District of Louisiana | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Matthew Polasek | 10/21/1970 | Texas | Western District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Loreen Polasek | | | | | | | | XI |
| 40 | Megan R Weddle | 10/16/1985 | Ohio | Southern District of Ohio | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41 | Jerod Weddle | | | | | | | | XI |
| 42 | Micah Brandon Bittner | 8/19/1982 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Michael A Oglesby | 4/26/1954 | North Carolina | Eastern District of North Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44 | Michael Anthony Brown | 4/18/1970 | Georgia | Southern District of Georgia | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Kim Brown | | | | | | | | XI |
| 46 | Michael Barton | 8/31/1992 | Texas | Southern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Michael Bodde | 6/4/1974 | Missouri | Western District of Missouri | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Michael Chriss Monroe | 6/16/1949 | New Hampshire | District of New Hampshire | No | Yes | No | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Rosemarie Monroe | | | | | | | | XI |
| 50 | Michael Dave Thompson | 6/23/1963 | Georgia | Northern District of Georgia | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|
| 51 | Valret Kirkland- Thompson | | | | | | | XI |
| 52 | Michael Duty | 10/28/1949 | Washington | Western District of Washington | Yes | No | Testicular Cancer; Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Michael G Chiarantano | 1/22/1965 | New York | Eastern District of New York | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Michael Gary Mattes | 5/19/1973 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Michael Gignac | 11/8/1971 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Fonda Gignac | | | | | | | XI |
| 57 | Michael Henry Antonio Gomez Garton | 2/1/1963 | California | Northern District of California | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58 | Ailene Viola Gomez | | | | | | | XI |
| 59 | Michael Hudson | 5/4/1947 | Arizona | District of Arizona | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Sukanya Hudson | | | | | | | XI |
| 61 | Michael Husted | 8/21/1988 | California | Central District of California | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62 | Nayeli Husted | | | | | | | XI |
| 63 | Michael J.Beck | 9/7/1988 | Oklahoma | Western District of Oklahoma | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Michael John Sheridan | 8/14/1949 | Iowa | Southern District of Iowa | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Michael Kelly | 6/19/1978 | California | Central District of California | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Michael Louis Indelicato | 8/28/1982 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Michael Louis Wulff | 3/29/1963 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Michael Mashburn | 1/23/1976 | Alabama | Northern District of Alabama | Yes | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Michael Morris | 10/10/1943 | Maine | District of Maine | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Michael Paul Geserick | 11/17/1946 | New Jersey | District of New Jersey | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Michael R Twiss | 6/5/1957 | North Carolina | Western District of North Carolina | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Michael Ricardo Calhoun | 9/16/1961 | Georgia | Northern District of Georgia | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Michael Strader | 11/18/1981 | Texas | Northern District of Texas | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Michael Upton | 8/13/1973 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Melanie Upton | | | | | | | XI |
| 76 | Michael Williams | 12/7/1969 | Iowa | Northern District of Iowa | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77 | Michele Marie Eycleshymer | 2/6/1962 | Texas | Northern District of Texas | Yes | Yes | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Michelle Elizabeth Blackman | 9/29/1983 | Georgia | Southern District of Georgia | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | David Blackman | | | | | | | XI |
| 80 | Mikayla Kristin Peddicord | 3/7/1984 | Texas | Southern District of Texas | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Matthew Peddicord | | | | | | | XI |
| 82 | Milton Odell Webb | 7/16/1948 | North Carolina | Eastern District of North Carolina | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | Monika C. Valentin | 8/24/1978 | Texas | Western District of Texas | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Nadine L Crum | 2/27/1973 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Richard Crum | | | | | | | XI |
| 86 | Nancy Fierro | 5/1/1992 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Nancy Olivia Chamberlain | 1/12/1965 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Nichole Kay Merrill | 9/17/1989 | Oklahoma | Western District of Oklahoma | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Nicola Marie Frith | 6/7/1983 | Texas | Northern District of Texas | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Norris Brando Epps | 8/23/1983 | Virginia | Eastern District of Virginia | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Nyles Rife | 8/23/1990 | Pennsylvania | Middle District of Pennsylvania | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | Oscar A Hernandez | 10/2/1994 | California | Eastern District of California | No | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93 | Pamela McLaughlin | 1/21/1961 | Virginia | Eastern District of Virginia | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Pamela R Gordner | 7/11/1963 | Oklahoma | Western District of Oklahoma | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Paul M Hall | 8/29/1955 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Paul Riley | 5/24/1978 | Illinois | Central District of Illinois | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Paul Spence Groth | 10/30/1953 | Washington | Western District of Washington | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Peter Chase Schmalz | 1/25/1992 | Colorado | District of Colorado | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Peter Hiles | 6/26/1969 | Pennsylvania | Western District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Peter Vega | 2/22/1957 | Indiana | Northern District of Indiana | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Philica Lashonda Foxx | 10/1/1974 | North Carolina | Eastern District of North Carolina | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Preston Stevens Jr. | 5/4/1960 | Texas | Southern District of Texas | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Vanessa Stevens | | | | | | | XI |
| 104 | PRichard Douglas Bowl Jr | 11/11/1975 | Texas | Western District of Texas | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Quincy Williams | 2/27/1979 | Tennessee | Middle District of Tennessee | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Ralph Dayton DuBois | 1/31/1957 | Missouri | Western District of Missouri | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Rhonda Lee Dubois | | | | | | | XI |
| 108 | Raul Roldan | 10/23/1984 | Georgia | Middle District of Georgia | Yes | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109 | Sasha Roldan | | | | | | | XI |

| 110 | Raymond Dale Grimm | 11/8/1944 | Florida | Middle District of Florida | Yes | No | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Betty Grimm | | | | | | | | XI |
| 112 | Raymond Paton | 6/27/1979 | Illinois | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Jemimah Paton | | | | | | | | XI |
| 114 | Raymond Seneca | 5/10/1956 | Louisiana | Middle District of Louisiana | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Regan Houser | 6/24/1994 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Madison Houser | | | | | | | | XI |
| 117 | Reuben Aubrey Watts | 8/29/1944 | Arkansas | Eastern District of Arkansas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118 | Richard Allan Bruno | 11/19/1994 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Richard Ankony | 9/3/1946 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120 | Denise Louise Ankony | | | | | | | | XI |
| 121 | Richard Cull | 6/21/1951 | California | Eastern District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122 | Richard Eugene Clemmons | 9/16/1966 | Florida | Southern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123 | Richard Francis Koonce Sr. | 12/9/1950 | North Carolina | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Richard Green | 1/10/1976 | North Carolina | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125 | Lisa Green | | | | | | | | XI |
| 126 | Richard Lee O'Brien | 8/14/1957 | Louisiana | Eastern District of Louisiana | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127 | Richard Lee Wayt | 8/22/1947 | Illinois | Northern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | Richard Noonan | 7/30/1965 | California | Northern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129 | Richard Rodriguez | 3/25/1955 | Texas | Western District of Texas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | Eloise Rodriguez | | | | | | | | XI |
| 131 | Ricky Dean Spinks | 10/15/1954 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Ricky R. Elms | 7/4/1957 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133 | Ricky Stephen Kleinman | 4/12/1959 | Iowa | Southern District of Iowa | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |